Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Jasson Ray
Kiowa Natividad
David Forsyth.
SABIN MOIR
Justin Plivett

_Plaintiff(s)_

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

marion county jail
Sherrif NICK Hunter.

_Defendant(s)_

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 6:25-cv-00775-AN

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [ ] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Jasson Ray
Street Address          4000 Aumsville Highway
City and County         Salem     marion county
State and Zip Code      Oregon     97317
Telephone Number
E-mail Address

All Plaintiffs same Address

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known).* Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name                            Marion county Jail
    Job or Title *(if known)*       Sheriff w/Jack Hunter.
    Street Address                  4000 Aumsville Highway
    City and County                 Salem     Marion
    State and Zip Code              Oregon     97717
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name                            Ramsey
    Job or Title *(if known)*       Jail Commander
    Street Address                  4000 Aumsville Highway
    City and County                 Salem     Marion
    State and Zip Code              Oregon     97317.
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name                            Deputy Danielson
    Job or Title *(if known)*       Jail Deputy.
    Street Address                  4000 Aumsville Highway.
    City and County                 Salem     Marion
    State and Zip Code              OR.     97317.
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name                            Aione MSa
    Job or Title *(if known)*       Jail Deputy.
    Street Address                  4000 Aumsville Highway
    City and County                 Salem     Marion
    State and Zip Code              Oregon     97317
    Telephone Number
    E-mail Address *(if known)*

1  Plaintiff No 4 Carlos V Cadena
2  Name                167341232
3  Job title
4  City & Country
5  State & Zip
6  Phone Number
7  E Mail
8  Plaintiff No 5
9  Name
10  Job title
11  City & country
12  state & Zip
13  Phone Number
14  E Mail
15  Plaintiff No 6
16  
17  Name
18  Job title
19  City & country
20  State & Zip
21  Phone Number
22  E Mail
23
24
25
26
27
28

1   Plaintiff No.1
2   Name: Jassan Ray
3   Job title: Plaintiff
4   Street address: 4000 Aimsville Hwy Salem, OR, 97317
5   City & country: Salem, Marion
6   State & Zip code OR, 97314
7   Phone Number
8   Email
9   Plaintiff No.2
10  Name: Justin Pluett
11  Job title: Plaintiff
12  Street address: 4000 Aumsville HWY Salem OR, 97317
13  City & country: Salem, Marion
14  State & Zip: OR, 97311
15  Phone Number
16  Email
17
18  Plaintiff No.3
19  Name Ihioawa Natividad
20  Job title Plaintiff
21  Street address 4000 Aumsville Hwy Salem, OR, 97317
22  City & country Salem, Marion
23  State & Zip OR, 97314
24  Phone number
25  Email
26
27
28

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Civil Rights 1983 Classification Rule, ADA violations - pretrial detainee violations or 14th amendment Rights*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
         The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.    If the plaintiff is a corporation
         The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)*

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
         The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

2.5 million Dollars up to 40 million not to exceed 40 million But No less than 2.5 million Per every 5 PlaintiFFs.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In marion county Jail all plaintiffs have been placed on max custody due to mental health issues for extended amount of time none of these individuals have shown Any behavioral issues in weeks we are aloted 1 hr out ent AM, and 1 hr oct of PM when two staff are availible custody staff continue to not give us our hr out in the evenings because we are max custody even when their is enogh staff Cousing Irreversable damage to our mental health, this is an ongoing crule & unusual situation.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

We are asking that the federal government takes recivership for Marion county Jail & its deputies for the neglugence that has gone on here, Irreversable damages Coused by the keeper We are asking that $2.5 million be split between all Plaintiff for the abusive Punishment by this Sheriff & his deputies for every 5 Plaintiff added, add $2.5 million Not to exceede $40 million dollars

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   1-24-25

Signature of Plaintiff

Printed Name of Plaintiff   Sasson Ray

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Att of claim REV #2 on 4/25/25 At 4:15 pm
Dep-patterson-stearling delivered My AIC
Guleivance form to exhost my Aped proccess &
remedys Conceaming this whole civil rights
complaint without on defuties signcuture witch
is why they say they Voided it atthaug I
turned it in directly to deputty "AIene" who
is also a defentent in this Case this is
gloss & Maliciouse activities by several depulies
to stop my couleivance prosses & my lawsuits
This should Justify Imeaddite Interjection
by the federal government to take over control
to stop further gloss Neglagent misconduct
in the least I Implore the us Magistrate to find
in fuvor of all the plaintiff for this over/whelming
buldon of proot of severe misconduct of our
14th admendment right of pre trial detainces       .



MARION COUNTY SHERIFF'S OFFICE
INSTITUTIONS DIVISION

№ 10336

## AIC GRIEVANCE FORM

**INSTRUCTIONS:** Follow the rules in the AIC Handbook regarding the facility's grievance procedures. Fill in the blanks in the first two sections. If you need more room, use additional sheets of paper, not additional grievance forms. If you want to grieve more than one issue, use a grievance form for each issue.

**Reason for Grievance** (Check One):
(✗) Conditions of Confinement       ( ) Medical Care              ( ) General Classification Procedures
( ) Participation in AIC Programs    ( ) Religious Practices       ( ) Telephone, Mail & Visiting Procedures
( ) Prison Rape Elimination Act-PREA ( ) Food Service             ( ) AIC Trust Accounts

**AIC's Name:** Jaslou Ray        **SID:** 1196/959   **Cell:** C-7-204B
**Grievance:** on 4-18-25 officer Danialson Refused to give Max inmates our time out in the evening Although he gave Non Mat inmates time out of their Cells. 30 min. Max inmates get 1 hour in the morring and one hour in the evening

**AIC Signature:** Jaslou Ray         **Date / Time:** 4-18-25 . 705 PM

**Receiving Deputy Signature:** _____  # _____  **Date / Time:** _____

**Deputy's Response:** This grievance is being Voided because it lacks a deputy signature.

**Deputy's Signature:** _____  # _____  **Date / Time:** _____

**Acceptance of Resolution of Grievance:** _____  **Date / Time:** _____
                                   **AIC's SIGNATURE**

**Supervisor's Review:**                    **Date / Time Received:** _____

**Supervisor's Signature:** _____  # _____  **Date / Time:** _____

**Acceptance of Resolution of Grievance:** _____  **Date / Time:** _____
                                   **AIC's SIGNATURE**

**Administrator's Review:**                    **Date / Time Received:** _____

**Administrator's Signature:** _____  # _____  **Date / Time:** _____

**Acceptance of Resolution of Grievance:** _____  **Date / Time:** _____
                                   **AIC's SIGNATURE**

Distribution: WHITE – Professional Standards Unit    CANARY – AIC Copy    PINK – AIC Receipt
AIC Grievance Form 12/2023

CONTINUE OF # 10336

officer Danialson PURPoseFully
Did not let max pc
out their is 2 OFFicers
their is No Reason
We Should not get
our time out.
this can constitute
irriversable Damages
caused at the hands
of a keeper also
cruel and unusual
punishment by a
Deputy Sherrif who has
power over an individual
Deputy Danialson to be
Retrained and a
Perminant Disiplinary
note About misconduct
towards AIC,s In his
Perminant File. Also
possible monitary consequences
if this cannot be Resolved
thank you
Also using D unit is not
An Exceptible Answer. when
there is enough Staff to
Run max pc well Right now
is 7 inmates.

Statement of claim
Att 2nd 1st FOR lit Natividad

we want to show pressidence of how current
marion county sheriff is plaintiff Natividad
spent 30 days on 22 hr lockdown with severe
mental health issues most days 23-24 due
to "Not enough staff" alot of the time most
of ssh inmates Are locked down 23/24 hrs a
day with no Access to our family/lawyers/mental
health staff Inmate Natividad went before class. Heads
staff member danaldo classification staff
extended his max 15 days because he was
given the wrong food and he "calmly" asked for
the right food witch is not a behavioral issue,
as we are instructed to do Just that with issues
for our clothing, food, mail classification Dinardo
Did not read the file Just saw their was
notes of Natividad "calmly" talking with staff
and re-classed him without reason. every plaintiff
has been bounced from classification, they are
where housing inmates with no treatment.

emergency Relife

the plaintiffs in said case come
before you and ask the federal gov
to force federal lecivership & take custody
of Marion county Jail, 11 people with
Mental health issues have died or
had serlouse injures in the last 6 mounths
this lockdown is causing severe mental anguish
and ireversoble damage. We are pretrial detainers
& have not been convicted of a crime It is the
Job of the sheliff & Deputies to make sure
beyond a Reusonoble doubt that our Saifety, security
& mental health are taken care of witch are
glossly miss handled.

Name: Jayson Ray
SID# 11961954.
LEGAL/OFFICIAL MAIL ONLY
Marion County Sheriff's Office-Jail
4000 Aumsville Hwy SE
Salem, OR 97317



US DiSTRiCt CourRT
OFFice OF the clerk
                         swit 740
1000 Sw thiRD. Ave
PORtlan) OR
                    97204

1 OF 2